ACCEPTED
12-14-00319-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/11/2015 9:46:09 PM
CATHY LUSK
CLERK

Cause No. 12-14-00319-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/11/2015 9:46:09 PM
CATHY S. LUSK
Clerk

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

Demetric Lewis Alfred,
Appellant

v.

State of Texas,
Appellee

On Appeal from Cause No. CR-22090-AA in the 159th
Judicial District Court of Angelina County, Texas

**State's Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 3-day extension of time to file its

brief.

I.

Undre the Texas Rules of Appellate Procedure, the general deadline to file

an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R.

1

App. P.38.6(b). Appellant's Brief was filed on February 2, 2015, giving the State until Wednesday March 4, 2015 to file its brief. The State requested a 7-day extension of time on Wednesday March 4, 2015 which made the brief due on Wednesday March 11, 2015.

The State of Texas now requests a 3-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1. Counsel for the State was working on and comleted a brief in *Dominey v. State*, No. 12-14-00226-CR and *Finley v. State*, No. 12-14-00005-CR during the same time frame.

2. Counsel for the State picked a jury in *State v. Fletcher*, Cause No. 2014-0790 on Monday March 2, 2015 and was lead counsel in the jury trial on Friday March 6, 2015.

4. Counsel for the Appellant is unopposed to this extension, and State's Brief is substantively complete with additional time needed to review.

## III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the

State's secondmotion for extension, and it is not brought for purposes of delay or harrassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 3-day extension to file its State's Brief in this matter.

Respectfully Submitted,

*/s/ April Ayers-Perez*

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

## Certificate of Service

I certify that on March 11 2015, a true and correct copy of the above document has been forwarded to John Reeves, by electronic service through efile.txcourts.gov.

*/s/ April Ayers-Perez*

3

**Certificate of Conference**

I certify that on March 11, 2015, I conferred with John Reeves about this motion, and certify that he was unopposed to a 3-day extension.

/s/ April Ayers-Perez